■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANNY BAILEY, Appellant. [728 NYS2d 387] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Greenberg, J.), rendered May 14, 1999, convicting him of attempted criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Appellate review of the arguments raised by the defendant was effectively waived by him as part of his plea agreement (*see, People v Kemp,* 94 NY2d 831; *People v Callahan,* 80 NY2d 273, 285; *People v Holmes,* 268 AD2d 597). Santucci, J. P., Goldstein, Florio and Crane, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BENJAMIN, Appellant. [728 NYS2d 395] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 20, 2000 (*People v Benjamin,* 270 AD2d 428), affirming a judgment of the Supreme Court, Queens County, rendered September 12, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, P. J., O'Brien, Santucci and Luciano, JJ., concur.